UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Christopher Cerniauskas

                Defendant.

---

7:22-MJ-3400(MRG)

**JUDGMENT**

    The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on May 20, 2022, accepted the defendant's plea of guilty to a charge of violating NYS VTL 1192.1, Driving While Ability Impaired, in full satisfaction of the Misdemeanor Complaint filed on April 14, 2022, it is,

    ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a fine in the amount of $350.00 to be paid by June 20, 2022 to White Plains, and a suspension of the defendant's New York State operating privilege for a period of ninety (90) days. The defendant must also attend one (1) session of a Victim Impact Panel in his state of residence.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: June 8, 2022
Poughkeepsie, N.Y.